**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| CHERYL COCO LEWIS, FOR THE ESTATE OF: DORI MORRIS, | : | No. 684 MAL 2016 |
| | : | |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| JOHN R. GILLERLAIN, DR. AND MRS. | : | |
| JOSEPH GILLERLAIN AND CINDY B. | : | |
| HALLOCK, ESQUIRE, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

AND NOW, this 22nd day of February, 2017, the Petition for Allowance of Appeal is DENIED.